IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBRA A. RUTHERFORD

                Plaintiff

                                  Case No. 1:15-CV-00332-SMV-SCY

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.

                Defendants.

**AMENDED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court on the Amended Stipulation to Dismiss With prejudice brought by plaintiff Debra Rutherford and defendants Hartford Life and Accident Insurance Company and LANS Welfare Benefit Plan for Employees, and the Court having reviewed the Stipulation and being otherwise fully advised, finds that good cause for the Stipulation exists and it should be granted.

**IT IS ORDERED** that all claims brought or that could have been brought in this action between plaintiff Debra A. Rutherford and defendant Hartford Life and Accident Insurance Company and the LANS Welfare Benefit Plan for Employees are dismissed with prejudice.  The parties are to bear their own costs.

                                                    **STEPHAN M. VIDMAR**
                                                    **UNITED STATES MAGISTRATE JUDGE**

Approved by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: /s/ Ross L. Crown
Ross L. Crown
*Attorney for Defendants*

201 Third Street, NW, Suite 1950
Albuquerque, NM  87103-1027
TEL:  505-764-5400
RCrown@LRRC.com
**(pro hac vice)**

Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
P. O. Box 1181
Harrisburg, PA  17108-1181
717.255.1155
downeyb@pepperlaw.com


VOORHEES LAW FIRM, P.C.


/s/ Scott F. Voorhees
Scott F. Voorhees
*Attorney for Plaintiff Debra A. Rutherford*


PO Box 6340
Santa Fe, NM  87502
Voorhees@cybermesa.com

**(pro hac vice)**
Ethan Abramowitz
Law Offices of Mark F. Seltzer & Associates, PC
1515 Market Street, Suite 1100
Philadelphia, PA  19102
EAbramowitz@SeltzerLegal.com